LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
480 Stevens Avenue, Suite 205
Solana Beach, CA 92075
(858) 481-9559

Attorney For Plaintiff, MICHAEL OAKLEY

FILED
07 NOV 27 PM 1:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: cc DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL OAKLEY, an individual,

Plaintiff,

vs.

BAY AREA CREDIT SERVICE LLC, a California Limited Liability Company; TRACY SMITH, an individual; ROBERT EDWARDS, an individual; JAMIE ROBERTS, an individual; and DOES 1-10, inclusive,

Defendant(s).

Case No. '07 CV 2244 JM JMA

COMPLAINT FOR DAMAGES BASED UPON VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT; THE CALIFORNIA ROSENTHAL ACT; AND **DEMAND FOR JURY TRIAL**

[15 U.S.C. §§1692 et seq.; Cal. Civ. Code §§1788 et seq ]

MICHAEL OAKLEY ("Plaintiff" or "Oakley") complains as follows against defendants BAY AREA CREDIT SERVICE LLC ("Bay Area"), TRACY SMITH ("Smith"), ROBERT EDWARDS ("Edwards") and JAMIE ROBERTS ("Roberts") (collectively referred to as "Defendants") :

**INTRODUCTION**

1. This Complaint is filed under the Fair Debt Collection Practices Act, 15 U.S.C.



IP

§§1692 et seq. (hereinafter called "FDCPA") and the California Rosenthal Act, Cal. Civ. Code §§1788 et seq. pursuant to defendants use of abusive, deceptive, and unfair debt collection practices. **Plaintiff demands a jury trial.**

## JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. Section 1692k(d) and 28 U.S.C. Sections 1331, 1337, and under the doctrine of pendant jurisdiction as set forth in United Mine Workers v. Gibbs, 383 U.S. 715 (1966).

## PARTIES

3. Plaintiff is a natural person, and at all times mentioned in this complaint was a resident of the County of San Diego, State of California.

4. Plaintiff is informed and believes, and thereon alleges that defendant BAY AREA is a California Limited Liability Company conducting business in the county of San Diego, State of California. Plaintiff is further informed and believes, and thereon alleges that BAY AREA is engaged in the business of collecting consumer debts and regularly collects consumer debts. BAY AREA is accordingly a "debt collector" as defined in the FDCPA, 15 U.S.C. §1692A(6) and as defined in the Rosenthal Act, Cal. Civil Code §1788.2.

5. Plaintiff is informed and believes, and thereon alleges that defendant SMITH is an individual conducting business in the county of San Diego, State of California. Plaintiff is further informed and believes, and thereon alleges that SMITH is engaged in the business of collecting consumer debts and regularly collects consumer debts. SMITH is accordingly a "debt collector" as defined in the FDCPA, 15 U.S.C. §1692A(6) and as defined in the Rosenthal Act, Cal. Civil Code §1788.2.

6. Plaintiff is informed and believes, and thereon alleges that defendant EDWARDS is an individual conducting business in the county of San Diego, State of California. Plaintiff is

further informed and believes, and thereon alleges that EDWARDS is engaged in the business of collecting consumer debts and regularly collects consumer debts. EDWARDS is accordingly a "debt collector" as defined in the FDCPA, 15 U.S.C. §1692A(6) and as defined in the Rosenthal Act, Cal. Civil Code §1788.2.

7. Plaintiff is informed and believes, and thereon alleges that defendant ROBERTS is an individual conducting business in the county of San Diego, State of California. Plaintiff is further informed and believes, and thereon alleges that ROBERTS is engaged in the business of collecting consumer debts and regularly collects consumer debts. ROBERTS is accordingly a "debt collector" as defined in the FDCPA, 15 U.S.C. §1692A(6) and as defined in the Rosenthal Act, Cal. Civil Code §1788.2.

8. Plaintiff is unaware of the true names and capacities of defendants sued herein as Does 1 through 10, inclusive. Plaintiff is informed and believes and thereon alleges that each fictitiously named defendant was in some way responsible for the matters and things complained of herein, and in some fashion, has legal responsibility therefore. When the true names and capacities of each said fictitiously named defendant has been ascertained, Plaintiff will seek leave to amend this complaint and all proceedings herein to set forth the same.

9. Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, each of the defendants were the officers, directors, agents, assignees, assignors or employees of each of their co-defendants and that in doing the things alleged in this complaint were acting within the course and scope of such capacity, with the full knowledge and consent of their co-defendants, and each of them.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

10. On or about December 15, 2006, Plaintiff received a letter from BAY AREA dated December 13, 2006 and entitled "ACCOUNT NOTIFICATION". A copy of the letter is herein

attached and incorporated by reference as Exhibit "A". Exhibit "A" was the first communication received by Plaintiff from BAY AREA. Plaintiff had never been to Arrowhead Regional Medical Center and did not know what Exhibit "A" was about.

11. On December 18, 2006, Plaintiff called the telephone number on Exhibit "A" and spoke with a collector at Bay Area. When Plaintiff asked about the bill, he was told that it was for ambulance service and an EKG at Arrowhead Regional Medical Center. Plaintiff told the collector that they had made a mistake because he had never been to Arrowhead Regional Medical Center. In response, the collector stated "that's what everyone says." Plaintiff informed the collector that he wanted to dispute the bill and Plaintiff was given an address to send his dispute letter to, i.e., "P.O. Box 580, San Jose, CA 95106."

12. On December 27, 2006, Plaintiff mailed a letter disputing the charges and requesting verification. A copy of the letter is herein attached and incorporated by reference as Exhibit "B". Exhibit "B" was sent via First Class Prior U.S. Mail, with a confirmation of delivery. BAY AREA received Exhibit "B" on December 30, 2006 at 7:15 a.m. A copy of the U.S. Postal Service Tracking Confirmation is herein attached and incorporated by reference as Exhibit "B-1".

13. After BAY AREA received Exhibit "B", Plaintiff heard nothing and received nothing that verified the debt.

14. On April 16, 2007, BAY AREA began telephoning Plaintiff again in an attempt to collect the unverified debt.

15. On April 16, 2007, Plaintiff had a message on his answer machine stating that he needed to call Jamie Roberts.

16. On April 17, 2007, Plaintiff telephoned the number and spoke with SMITH at Bay Area. SMITH asked when Plaintiff was going to pay the bill. Plaintiff informed SMITH of Exhibit "B" disputing that he owed any money to Arrowhead Regional Medical Center. SMITH told Plaintiff

that the bill was for a Sharp ER visit. Plaintiff told her that the letter he had received in December had Arrowhead Regional Medical Center as the Creditor and he was told that the bill was for ambulance service and an EKG. SMITH told Plaintiff that the bill was now for a Sharp ER visit. Even though SMITH was aware that Plaintiff disputed the bill, SMITH demanded payment. Plaintiff requested from SMITH copies of Sharp's invoices and was told by SMITH that she did not have them, but they were sent to Plaintiff by Sharp. Frustrated and confused, Plaintiff told SMITH that he would get back to her later. Plaintiff proceeded to search through all his records for the invoices SMITH stated Sharp had sent to him. When Plaintiff did not find any such invoices in his records, Plaintiff called BAY AREA back.

17. On April 17, 2007, Plaintiff telephoned BAY AREA and asked for SMITH, who was not in.

18. On April 18, 2007, Plaintiff again telephone BAY AREA and spoke with EDWARDS. EDWARDS stated that he could help Plaintiff. When Plaintiff asked EDWARDS for copies of the invoices, EDWARDS told Plaintiff, "you have to get the invoices from Sharp." Even though EDWARD failed and refused to verify the debt, EDWARDS told Plaintiff that the longer he waited to pay, the more it would cost him, as interest was being added now.

19. On June 11, 2007, BAY AREA telephoned Plaintiff and left a message. That same day, Plaintiff telephoned BAY AREA and informed BAY AREA that he had retained an attorney and gave BAY AREA the name and telephone number of his attorney.

20. On August 2, 2007, a letter was mailed to BAY AREA stating that Plaintiff was represented by an attorney, the debt was disputed, and that all communications/inquires regarding Plaintiff must be directed to his attorney. BAY AREA received the letter on August 8, 2007.

21. Since June 11, 2007, BAY AREA has telephoned Plaintiff at least ten time after being inform that Plaintiff was represented by counsel (six of those telephone calls was after BAY

AREA received written notification that Plaintiff was representation by an attorney) . In addition, BAY AREA has never provided Plaintiff with verification of the debt, yet it has continued its harassment and collection attempts and has reported the disputed debt to the credit reporting bureaus without noting that the debt is disputed.

22. Defendants collection practices and action have caused Plaintiff severe emotional distress, including but not limited to loss of appetite, frustration, fear, anger, helplessness, nervousness, sleeplessness, worry, sadness, and depression.

**FIRST CAUSE OF ACTION FOR**
**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**
**(As to All Defendants)**
**(15 U.S.C. §§1692 et seq.)**

23. Plaintiff re-alleges and incorporates the allegations in Paragraphs 1 through 22 above with the same force and effect as if herein set forth.

24. Defendants violated the **Fair Debt Collection Practices Act**, including but not limited to the following sections:

24.1. Section 1692c: Defendants, knowing that Plaintiff was represented by an attorney, continued to communicate with Plaintiff in an attempt to collect a debt;

24.2. Section 1692d: Defendants engaged in conduct the natural consequence of which is to harass, oppress, or abuse a person in connection with the collection of a debt;

24.3. Section 1692d: Defendants engaged in causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number;

24.4. Section 1692e: Defendants used false, deceptive, or misleading representation or means in connection with the collection of a debt;

24.5. Section 1692e(2): Defendants used false representations of the character, amount,

or legal status of the debt;

24.6. Section 1692e(8: Defendants communicated or threatened to credit information, which is known to be false or which should be known to be false by failing to communicate a disputed debt is disputed;

24.7. Section 1692e(10): Defendants used false representations or deceptive means to collect or attempt to collect a debt or obtain information concerning Plaintiff;

24.8. Section 1692f: Defendants used unfair or unconscionable means to collect or attempt to collect a debt;

24.9. Section 1692f(1): Defendants attempted to collect amounts not permitted by law or contract;

24.10. Section 1692g: Defendants failed to provide a validation or dispute notice; and

24.11. Section 1692g: Defendants failed to validate the debt and continued their collection efforts.

25. As a direct and proximate result of defendants' violations, Plaintiff suffered actual damages, including, but not limited to emotional distress, in an amount to be established by proof at trial (for the purpose of a default judgment, Plaintiff's damages for emotional distress are not less than $15,000.00), and is entitled to actual damages, an award of statutory damages, costs, and attorney's fees pursuant to 15 U.S.C. §1692k.

**SECOND CAUSE OF ACTION FOR**
**VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**
**(As to All Defendants)**
**(Cal. Civ. Code §§1788 et seq.)**

26. Plaintiff re-alleges and incorporates the allegations in Paragraphs 1 through 25 above with the same force and effect as if herein set forth.

27. Defendants violated the **Rosenthal Act**, including but not limited to the following sections:

27.1. Section 1788.11(d): Defendants caused a telephone to ring repeatedly or continuously to annoy the person called;

27.2. Section 1788.11(e): Defendants communicated by telephone with the Plaintiff with such frequency as to be unreasonable and to constitute an harassment to the Plaintiff under the circumstances;

27.3. Section 1788.13(e): Defendants falsely represented that the debt may be increased by the addition of fees or charges that may not be legally added to the existing obligation;

27.4. Section 1788.14(c): Defendants, after being notified in writing that Plaintiff was represented by an attorney and all communications were to go to the attorney, continued to communicate with Plaintiff in an attempt to collect a debt ; and

27.5. Section 1788.17: Defendants violated provisions of Title 15 of the United States Code sections 1692 et seq.

28. As a direct and proximate result of Defendants' violations, Plaintiff suffered actual damages, including, but not limited to emotional distress, in an amount to be established by proof at trial (for the purpose of a default judgment, Plaintiff's damages for emotional distress are not less than $15,000.00), and Plaintiff is entitled to an award of actual damages, costs, and attorney's fees pursuant to Cal. Civ. Code §1788.30. In addition, Defendants willfully and knowingly violated the Rosenthal Act which entitles Plaintiff to penalty of not less than $100 and not more than $1,000.00 pursuant to Cal. Civ. Code §1788.30(b).

**THIRD CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (As to All Defendants)**

29. Plaintiff re-alleges and incorporates the allegations in Paragraphs 1 through 28 above with the same force and effect as if herein set forth.

30. Defendants' conduct was outrageous, intentional, and malicious, and done with reckless disregard of the fact that it would certainly cause Plaintiff to suffer severe emotional distress.

31. As a proximate result of the acts of Defendants, Plaintiff suffered severe emotional distress in the form of loss of sleep, anger, fear, nervousness, anxiety, worry, and stress, all to Plaintiff's damage in an amount which will be proven at trial.

32. Plaintiff is informed and believes, and thereon alleges that the acts of Defendants were malicious in that they were intended to cause injury to Plaintiff. Plaintiff is further informed and believes, and thereon alleges that such conduct was despicable in that it was carried on by Defendants with a willful and conscious disregard of the rights of Plaintiff and for no purpose other than to oppress Plaintiff and to subject him to cruel and unjust hardship in conscious disregard of Plaintiff's rights, all of which entitles Plaintiff to punitive damages in an amount to be established at trial.

**WHEREFORE,** Plaintiff Prays for a judgment against Defendants as follows:

<u>AS TO THE FIRST CAUSE OF ACTION ONLY</u>

1) Statutory Damages of $1,000.00 per violation of the Fair Debt Collection Practices Act;

2) Attorney's fees pursuant to statute;

<u>AS TO THE SECOND CAUSE OF ACTION ONLY</u>

3) Statutory Damages of $1,000.00 per violation of the Rosenthal Act;

4) Attorney's fees pursuant to statute;

<u>AS TO THE THIRD CAUSE OF ACTION ONLY</u>

5) Punitive Damages;

AS TO ALL CAUSES OF ACTION

6) Actual Damages according to proof at trial (for the purpose of a default judgment, not less than $15,000.00);

7) Cost of Suit; and

8) Such Other Relief As The Court May Order.

Date: 11/23/07

Respectfully submitted,
Law Offices of Deborah L. Raymond

By: [signature]
Deborah L. Raymond, Esq.
Attorney For Plaintiff

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Date: 11/23/07

Respectfully submitted,
Law Offices of Deborah L. Raymond

By: [signature]
Deborah L. Raymond, Esq.
Attorney For Plaintiff

P.O. Box 47248
Oak Park, MI 48237

FORWARDING SERVICE REQUESTED

**BAY AREA CREDIT SERVICE LLC.**

50 Airport Parkway, Suite 100
San Jose, CA 95110-3722
800-862-4187

♦ PLEASE DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THE ABOVE ADDRESS ♦

#BWNMFRL
#0601011013614524#
Michael Oakley
Rtnd Mail
5119 Galt Way
San Diego CA 92117-1129

December 13, 2006

RE: **Arrowhead Regional Medical Cent**

| | |
|---|---|
| Our Account #: | **2604403** |
| Creditor: | **Arrowhead Regional Medical Cent** |
| Account #: | **94005967301** |
| Principal: | **$583.16** |
| Service Chg.: | **$0.00** |
| Interest: | **$137.72** |
| Late Pmt. Chg.: | **$0.00** |
| Other: | **$0.00** |
| Total Due: | **$720.88** |

## ACCOUNT NOTIFICATION

**Your account has been assigned to a collection agency.**

**Unless you take action, we will proceed with further collection activity on your bad debt.**

**CALL US AT 800-862-4187 or mail your payment to:**

**Bay Area Credit Service LLC.**
**50 Airport Parkway, Suite 100**
**San Jose, CA 95110-3722**

Please call or contact us provided. Our phone number is 800-862-4187.

Sincerely,
BAY AREA CREDIT SERVICE LLC.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

In order to credit your account properly, you must return this bottom portion with your payment.

Call Bay Area Credit Service LLC. at 800-862-4187 to make a payment by check , credit or debit card or mail your payment to: Bay Area Credit Service LLC., 50 Airport Parkway, Suite 100 San Jose, CA 95110-3722.

If you wish to make a payment on the web go to: www.bayareacredit.com/pay

Check one: ☐ VISA ☐ ☐

Card # ____________________

Expiration Date: ____________________

Amount: ____________________

Signature: ____________________

Name: ____________________

**Michael Oakley**

| | |
|---|---|
| Our Account #: | **2604403** |
| Creditor: | **Arrowhead Regional Medical Ce** |
| Account #: | **94005967301** |
| Total Due: | **$720.88** |

Bay Area Credit Service LLC.
50 Airport Parkway, Suite 100
San Jose, CA 95110-3722

(QESP)30:T004:001963:001:0000:-B347-060101-BAC1XXXX-Y-01

BAC1



**EXHIBIT "A"**

To: Bay Area Credit Service LLC.
P.O. Box 580
San Jose, CA 95106

December 27, 2006

From: Michael Oakley
5119 Galt Way
San Diego, CA 92117

RE: Arrowhead Regional Medical Center
Account # 94005967301
Bay Area Credit Service LLC.
Account # 2604403

I am in receipt of your invoice dated December 13, 2006 and as per the invoice I am writing to dispute the validity of the charges. I called the phone number listed on the invoice and was told the charges were for ambulance service and an EKG test. Since I have never heard of or been to Arrowhead Regional Medical Center, been in an ambulance or had an EKG, I am asking for copies of all the paperwork related to this matter. I would especially like to see something with a signature on it as I believe that will be the quickest way to show it was not me that incurred these charges. Having never been there, it cannot be my signature.

I would like to thank you in advance for your help in this matter and look forward to resolving it quickly.

Sincerely,

M Oakley



EXHIBIT "B"

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 0320 **0003 2372 6023**
Status: **Delivered**

Your item was delivered at 7:15 AM on December 30, 2006 in SAN JOSE, CA 95106.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. *Go >*

site map contact us government services jobs National & Premier Accounts

Copyright 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



EXHIBIT "B-1"

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED 07 NOV 27 PM 1:25
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

I (a) PLAINTIFFS
MICHAEL OAKLEY

DEFENDANTS
BAY AREA CREDIT SERVICE LLC; TRACY SMITH; ROBERT EDWARDS; JAMIE ROBERTS; and DOES 1-10, inclusive,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

'07 CV 2244 JM JMA

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices of Deborah L. Raymond
380 Stevens Avenue, Suite 205
Solana Beach, CA 92075
Tel# (858) 481-9669

ATTORNEYS (IF KNOWN)

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY). Violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. sections 1692 et seq., unlawful collection practices

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury-Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prisoner Conditions

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☒ 890 Other Statutory Actions

FDCPA

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ not less than $15,000 Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE n/a Docket Number n/a

DATE 11/23/07 SIGNATURE OF ATTORNEY OF RECORD [signature]

# 144843 11/27/07

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

$350.

CR

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144843 - SR**
*** * C O P Y * ***
**November 27, 2007**
**13:21:38**

**Civ Fil Prisoner**
USAO #.: 07CV2244 CIV. FIL.
Judge..: JEFFREY T MILLER
Amount.: $350.00 CK
Check#.: PC#5865

**Total-> $350.00**

FROM: OAKLEY V. BAY AREA CREDIT SVCS
DOES 1 - 10
CIVIL FILING