Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: cr DEPUTY

MICHAEL OAKLEY, an individual,

Plaintiff,

vs

BAY AREA CREDIT SERVICE LLC, a California Limited Liability Company; TRACY SMITH, an individual; ROBERT EDWARDS, an individual; JAMIE ROBERTS, an individual; and DOES 1-10, inclusive,

Defendants.

SUMMONS IN A CIVIL ACTION

Case No. '07 CV 2244 JM JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Deborah L. Raymond, Esq.
Law Offices of Deborah L. Raymond
380 Stevens Avenue, Suite 205
Solana Beach, CA 92075 Tel: 858-481-9559

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

SEAL

NOV 27 2007 — DATE

By C. PUTTMANN, Deputy Clerk



CR