LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559

Attorney For Plaintiff, MICHAEL OAKLEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OAKLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BAY AREA CREDIT SERVICE LLC, a California Limited Liability Company; TRACY SMITH, an individual; ROBERT EDWARDS, an individual; JAMIE ROBERTS, an individual; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. 07cv2244 JM (JMA)<br><br>JOINT MOTION/STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

THE PARTIES to the above entitled action hereby stipulate and jointly move the Court, pursuant to FRCP 41(a)(1), for an order dismissing the ENTIRE action with prejudice.

////

////

////

IT IS SO HEREBY STIPULATED. This stipulation and joint motion may be signed in counterparts and via facsimile or PDF.

Dated: 2/11/2008

Law Offices of Deborah L. Raymond

/s/ Deborah L. Raymond

By: Deborah L. Raymond, Esq.
Attorney for Plaintiff

Dated: 2-5-08

Taylor Pensoneau

By: Taylor Pensoneau, Esq.
Attorney for Defendants