LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559

Attorney For Plaintiff, MICHAEL OAKLEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OAKLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BAY AREA CREDIT SERVICE LLC, a California Limited Liability Company; TRACY SMITH, an individual; ROBERT EDWARDS, an individual; JAMIE ROBERTS, an individual; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. 07cv2244 JM (JMA)<br><br>PROOF OF SERVICE |

I am employed in the City of Del Mar, County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 445 Marine View Avenue, Suite 305, Del Mar, California 92014.

On February 13, 2008, I caused to be served the following document(s): copy(ies) of

1) **JOINT MOTION/STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;**
2) **PROPOSED ORDER DISMISSING ACTION WITH PREJUDICE; and**

**3) PROOF OF SERVICE.**

on the party(ies) in this action as follows:

Taylor Pensoneau, Esq.
Bay Area Credit Service
10000 E. Geddes Ave., Ste. 100
Englewood, CO 80112

[XX] **(BY MAIL)** I placed each of the above referenced documents in a sealed envelope, with postage thereon fully prepaid for first-class mail for collection and mailing at Solana Beach or Encinitas, California, following ordinary business practices. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business

[] **(BY EXPRESS MAIL U.S. POSTAL SERVICE)** I placed each of the above referenced documents in a sealed envelope, with postage thereon fully prepaid for Express Mail, United States Postal Service for collection and mailing at Solana Beach or Encinitas, California, following ordinary business practices. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

[ ] **(BY PERSONAL DELIVERY)** Each such document was placed in a sealed envelope and sent by personal messenger to be hand delivered to the attorneys' offices listed above.

[] **(BY ECF)** Notice was electronically mailed by filing through CM ECF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Del Mar, California on February 13, 2008.

/s/ Deborah L. Raymond
Deborah L. Raymond, Esq.