UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL OAKLEY, an individual,

    Plaintiff,

vs.

BAY AREA CREDIT SERVICE LLC, a California Limited Liability Company; TRACY SMITH, an individual; ROBERT EDWARDS, an individual; JAMIE ROBERTS, an individual; and DOES 1-10, inclusive,

    Defendant(s).

Case No. 07cv2244 JM (JMA)

ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE [Docket No. 3]

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

The Joint Motion/Stipulation To Dismiss Entire Action With Prejudice filed by the parties having been received and read by the Court and good cause appear therefore,

///

///

///

///

Oakley v. Bay Area Credit Service LLC et al.
Case No. 07cv2244JM (JMA)

1

(Proposed) Order Dismissing
Action With Prejudice

1       IT IS HEREBY ORDERED that the above entitled action is dismissed with prejudice

2 as to all parties pursuant to FRCP 41(a)(1).  The Clerk of Court is directed to close this file.

3 DATED:   February 25, 2008

4                                                     /s/ Jeffrey T. Miller

5                                             Hon. Jeffrey T. Miller
                                               United States District Judge